**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-2691

CHARLES WILLIAM LEVY,

Plaintiff - Appellant,

versus

COUNTY OF FAIRFAX; ELIZABETH BUTLER, Branch
Manager, George Mason Regional Library,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Robert E. Payne, District Judge.
(CA-96-422-A)

Submitted: March 27, 1997          Decided: April 2, 1997

Before RUSSELL, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles William Levy, Appellant Pro Se. Edward Everett Rose, III,
COUNTY ATTORNEY'S OFFICE, Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting the Defendants' motion for judgment as a matter of law on his action filed under 42 U.S.C. § 1983 (1994). The district court denied relief for the reasons stated from the bench. Appellant failed to provide a transcript of the hearing at which the district court stated the reasons for denying relief. See Fed. R. App. P. 10(b)(2); Powell v. Estelle, 959 F.2d 22, 26 (5th Cir. 1992). Moreover, Appellant has failed to state a substantial claim justifying the preparation of a transcript at government expense. 28 U.S.C. § 753(f) (1994). Consequently, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2